AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Kelley, Susan V. | Bankruptcy Court ED Wis | 05/13/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Bankruptcy Judge | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2012 to 12/31/2012 |

**7. Chambers or Office Address**

517 East Wisconsin Avenue
Milwaukee, WI 53202

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
> *checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Part-Time Adjunct Faculty Member (Lecturer) | Marquette University Law School, Milwaukee Wisconsin |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelley, Susan V. | 05/13/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | various | Wolters Kluwer Law & Business, book royalties | $2,800.00 |
| 2. | various | Marquette University salary | $28,200.00 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | Procorp Enterprises LLC salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | State Bar of Wisconsin | 3/1/2012 - 3/2/2012 | Kohler, WI | CLE Speaker Reimbursement | One night hotel, 2 meals |
| 2. | American Bankruptcy Institute | 3/10/2012 - 3/13/2012 | New York, NY | Moot Court Judge Reimbursement | Airfare Milwaukee to New York, Two nights hotel, 4 meals |
| 3. | National Association of Consumer Bankruptcy Attorneys | 4/26/2012 - 4/28/2012 | San Antonio, TX | CLE Speaker Reimbursement | Airfare Milwaukee to San Antonio, Two nights hotel, 4 meals |
| 4. | American Bankruptcy Institute | 6/9/2012 - 6/10/2012 | Traverse City, MI | CLE Speaker Reimbursement | mileage to Traverse City; one night hotel; two meals |
| 5. | American Bankruptcy Institute | 9/19/2012 -9/21/2012 | Las Vegas, NV | CLE Speaker Reimbursement | airfare Milwaukee to Las Vegas, 2 nights hotel, 4 meals |

| 6. | National Conference of Bankruptcy Judges | 10/24/2012 -10/26/2012 | San Diego, CA | Committee Member Reimbursement | airfare Milwaukee to San Dieto, 2 nights hotel |
|---|---|---|---|---|---|

| Name of Person Reporting | Date of Report |
|---|---|
| Kelley, Susan V. | 05/13/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Vanderbilt University | student loan | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | Brokerage Account 1 | | | | | | | | | |
| 2. | Wells Fargo Large Co Core-Inv Fund | A | Dividend | J | T | | | | | |
| 3. | Wells Fargo Advantage Large Company Growth | A | Dividend | J | T | | | | | |
| 4. | Wells Fargo Advantage Opportunity Inv. | A | Dividend | J | T | | | | | |
| 5. | Wells Fargo Advantage Small Cap Disciplined Inv | A | Dividend | J | T | | | | | |
| 6. | Wells Fargo Advantage Small Cap Value | A | Dividend | J | T | | | | | |
| 7. | BMO Harris Bank Account | A | Interest | K | T | | | | | |
| 8. | Mutual of Omaha Whole Life Insurance Policies | A | Interest | K | T | | | | | |
| 9. | UBS Retirement Account | | | | | | | | | |
| 10. | IShares Trust Dow Jones Technology Sector Index Fund | A | Dividend | K | T | | | | | |
| 11. | IShares Trust Russell 2000 Index Fund | A | Dividend | K | T | | | | | |
| 12. | IShares Trust Dow Jones U.S. Fincl Sector Index Fund | A | Dividend | L | T | | | | | |
| 13. | IShares Trust DJ U.S. Basic Materials Sectr Index Fund | A | Dividend | J | T | | | | | |
| 14. | IShares Dow Jones US Consumer Services Sector Index Fund | A | Dividend | K | T | | | | | |
| 15. | IShares Trust US Energy Sector Index Fund | A | Dividend | K | T | | | | | |
| 16. | IShares Inc MSCI EMU Index Fund | A | Dividend | M | T | | | | | |
| 17. | IShares Trust Russell Midcap Index Fund | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelley, Susan V. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. IShares Trust S&P Latin America 40 Index Fund | A | Dividend | K | T | | | | | |
| 19. IShares MSCI Emerging Markets Index Fund | A | Dividend | L | T | | | | | |
| 20. IShares Tr MSCI All Ctry Asia Ex Japan Index | A | Dividend | K | T | | | | | |
| 21. SPDR Index Shares Funds SPDR S&P Emerging Markets Small Cap | A | Dividend | | | Sold | 07/12/12 | K | A | |
| 22. SPDR S&P Emerging Europe ETF | A | Dividend | K | T | | | | | |
| 23. Nationwide Future Venue Annuity | | None | K | T | | | | | |
| 24. Virent 401K Associated Wealth Management | | None | L | T | | | | | |
| 25. Wisconsin Retirement Employee Trust Fund | | None | K | T | | | | | |
| 26. Virent Energy Systems, Inc. Common Stock | | None | J | T | | | | | |
| 27. Procorp 401K | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

III - Wolters Kluwer Royalties paid March 2012 and December 2012. Amount given is total annual royalties.

III    Marquette Salary paid monthly January through April

VII M&I Bank changed its name to BMO Harris Bank. It is the same account.

| Name of Person Reporting | Date of Report |
|---|---|
| Kelley, Susan V. | 05/13/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Susan V. Kelley**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544